JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOE HERNANDEZ,<br><br>    Petitioner<br><br>    v.<br><br>RAYMOND MADDEN, Warden,<br><br>    Respondent. | Case No. CV 20-4730-MWF (RAO)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Report and Recommendation of United States Magistrate Judge, IT IS ADJUDGED that this action is **DISMISSED** with prejudice.

Dated: November 19, 2025

_____
MICHAEL W. FITZGERALD
United States District Judge